UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CREATIVE CONSTRUCTION SERVICES LLC,

       Plaintiff,

-v-

WILLIAM R. GROSZ,

       Defendant.

Case No. 3:13-cv-397

Judge Thomas M. Rose

---

**ENTRY AND ORDER DISMISSING CREATIVE CONSTRUCTION'S COMPLAINT**

---

      This matter is now before the Court for a sua sponte review of the Complaint naming Creative Construction Services, LLC as the Plaintiff. While a reading of the Complaint raises several procedural issues, the most important to first consider is this Court's jurisdiction.

      The "Subject Matter Jurisdiction" section of the Complaint reads "DISSOLUTION AVOIDANCE CONSENT AND INJUNCTION FOR ARBITRATION PURSUANT TO OTHER STATUTES 896 ARBITRATION IN THIS COURT." Further, the Complaint appears to describe a dispute that is based upon Ohio law and has already been in Ohio state courts. Thus, this Court is unable to determine that it has the power to adjudicate the Complaint and must, therefore, dismiss the Complaint.

      **DONE** and **ORDERED** in Dayton, Ohio this Twenty-Fifth day of November, 2013.

s/Thomas M. Rose
_____
THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record